# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

LORNA STUKA                                    CIVIL ACTION NO. 06-1527

versus                                         JUDGE WALTER

METROPOLITAN LIFE INSURANCE                     MAGISTRATE JUDGE HORNSBY
COMPANY, ET AL.

## MEMORANDUM ORDER

A Status Conference was held on January 29, 2007 (**00:30**). The plaintiff seeks

judicial review of the denial of long term disability benefits. The administrative record is

ordinarily the only information the court may consider when reviewing such a case. It is the

plan administrator's obligation to identify the evidence in the administrative record, but the

claimant is permitted a reasonable opportunity to contest whether that record is complete.

See Vega v. National Life Ins. Services, 188 F.3d 287, 299 (5th Cir. 1999) (en banc); Estate

of Bratton v. National Union Fire Ins. Co., 215 F.3d 516, 521 (5th Cir. 2000). This schedule

is issued in accordance with those principles.

Counsel for defendant is directed to deliver a date-stamped copy of the relevant plan

documents and the entire administrative record to counsel for the plaintiff by **February 23,**

**2007**. Counsel for the plaintiff should review the record and promptly advise counsel for the

defendant of any contentions that the record is not complete, so that any such issues may be

resolved on a timely basis. The parties are directed to file by **April 27, 2007** a joint

stipulation of facts setting out any necessary background facts and stipulating to the

submission of the case for decision on the administrative record and plan documents, which are to be submitted along with the stipulation. By **May 25, 2007**, plaintiff shall file a Motion for Decision on Stipulated Record, along with his brief on the merits. The defendant's brief is due by **June 29, 2007**. Plaintiff may file a reply brief by **July 13, 2007**.

Counsel are advised that the Clerk of Court may issue a Notice of Motion Setting that contains briefing deadlines different than those set herein. However, the deadlines set forth in this order will control.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 1st day of February, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE